**Opinion issued June 28, 2012.**



In The

# Court of Appeals
### For The
# First District of Texas

———————

## NO. 01-12-00171-CV

———————

## JAMAL EBRON, Appellant

## V.

## MICHAEL JONES, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1005887**

---

## MEMORANDUM OPINION

This is an attempted appeal from a ruling by the trial court ordering that appellant pay the costs of his suit in the trial court. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex.

2001).  Interlocutory orders may be appealed only if authorized by statute.  *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001).

Appellant has provided no evidence that a final judgment has been entered in this pending case.  Appellant cites no authority, and we have found none, providing for an interlocutory appeal to be taken from a trial court's order that appellant pay the costs of his suit.  *See generally* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a) (West Supp. 2011); *see, e.g., Minnfee v. Lexington*, No. 04-09-00770-CV, 2010 WL 381367, at *1 (Tex. App.—San Antonio Feb. 3, 2010, no pet.) (mem. op.) (dismissing appeal of order on motion to rule for costs); *Aguilar v. Texas La Fiesta Auto Sales LLC*, No. 01-08-00653-CV, 2009 WL 1562838, at *1 (Tex. App.—Houston [1st Dist.] June 4, 2009, no pet.) (mem. op.) (dismissing appeal of order sustaining contest to affidavit of indigence for trial court costs).  We may review a challenge to an order sustaining a contest to an affidavit of indigence only when it is made as part of a pending appeal from a final judgment or other appealable order. *See* TEX. R. APP. P. 20.1; *In re Arroyo*, 988 S.W.2d 737, 738–39 (Tex. 1998).

On April 26, 2012, the Court notified the parties of its intent to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating this court's jurisdiction on or before May 7, 2012.  *See* TEX. R. APP. P. 42.3(a). Appellant has not filed a response.

Accordingly, we dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.